IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KENDRICK OMAR HILL, #266173, | ) ) ) |
| Petitioner, | ) ) ) |
| v. | ) ) ) |
| JAY JONES, *et al.*, | ) ) |
| Respondents. | ) ) |

CIVIL ACTION NO.
3:21-CV-133-WHA-SRW
(WO)

**ORDER**

On May 4, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. 18.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

(1) The Recommendation of the Magistrate Judge (Doc. 18) is ADOPTED; and

(2) The the petition for writ of habeas corpus under 28 U.S.C. § 2254 is DISMISSED without prejudice to allow Petitioner to exhaust his state court remedies.

A separate final judgment will be entered.

. DONE this 26th day of May, 2021.

/s/   W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE